DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
FERNANDO ALCAZAR-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>FERNANDO ALCAZAR-OCHOA,<br><br>           Defendant.<br>_____ | NO. CR.S-12-150-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: June 12, 2012<br>Time: 9:45 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for FERNANDO ALCAZAR-OCHOA, that the status conference hearing date of June 5, 2012 be vacated, and the matter be set for status conference on June 12, 2012 at 9:45 a.m.

The reason for this continuance is to allow the defense additional time to consult with the attorney in Los Angeles who is studying the defendant's immigration history to ascertain the possibility of regaining the defendant's legal status in the United States. Additionally, defense counsel is scheduled to be absent on that date for purposes of family medical leave, and the continuance is

necessarily for continuity of counsel, as defense counsel has spent many hours consulting with the defendant, and is thoroughly familiar with his case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 12, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 31, 2012.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Designated Counsel for Service
                                        Attorney for Fernando Alcazar-Ochoa

DATED: May 31, 2012.                    BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Caro Marks for
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


                                ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 5, 2012, status conference hearing be continued to June 12, 2012, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the June 12, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 5/31/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge